IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-184-20 |
| Plaintiff, | |
| v. | **UNITED STATES'** |
| | **SENTENCING MEMORANDUM** |
| JUSTIN RYAN BEARRUNNER, | |
| Defendant. | |

The United States of America, by Mac Schneider, United States Attorney for the District of North Dakota, and Alexander J. Stock, Assistant United States Attorney, has no objections or corrections to the Presentence Investigation Report in this case.

Dated:  February 15, 2024

MAC SCHNEIDER
United States Attorney

By:     */s/ Alexander J. Stock*
      ALEXANDER J. STOCK
      Assistant United States Attorney
      ND Bar ID 07979
      655 First Avenue North, Suite 250
      Fargo, ND  58102-4932
      (701) 297-7400
      alexander.stock@usdoj.gov
      Attorney for United States