PS 38
(02/2001)

# RELEASE STATUS REPORT TO THE COURT

Defendant: Pruenda Ramirez Macias         Docket No.: 0868 3:22CR00184

To Appear On: 03/06/2024     For: ☐ Plea     ☐ Trial     ☒ Sentencing

Before Judge: Peter D. Welte

Initial Appearance Date: 10/14/2022     Release Date: 10/25/2022

Magistrate Judge: Alice R. Senechal

Conditions of Release:

☒ Pretrial Supervision
☒ Seek/Maintain Employment
☒ Submit to Counseling as Deemed Appropriate by Pretrial Services
☒ Drug/Alcohol Monitoring
☐ Third Party Custody to:
☒ Travel Restrictions: State of California and Fargo, North Dakota for Court Purposes
☒ No Contact With: Codefendants or Witnesses with the Exception of Contact with Co-defendant Carlos Batista-Rodriguez
☒ Other: Weapons Restriction, Residential Requirements

☐ Surrender Passport
☒ Do Not Obtain Passport
☒ Refrain from Any Use of Alcohol or Any Controlled Substance without a Prescription
☐ Location Monitoring

Defendant Has Met Conditions of Release:     ☒ Yes     ☐ No

**Conditions of Release Not Met and the Activities of the Officer to Bring the Defendant into Compliance:**
Since the date of the last Status Report filed on November 28, 2023, the defendant has remained in full compliance with her conditions of pretrial release. She has maintained employment, checks in with pretrial services as required, and has remained drug and alcohol free.

**Recommendations:**
Absent a statutory mandate of detention, the defendant is viewed as a suitable candidate for self-surrender if a term of imprisonment is ordered.

| | |
|---|---|
| 02/29/2024 | /s/ Christine Argall |
| Date | U.S. Pretrial Services Officer |