PROB 12A
(Rev. 2/13)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

### Report on Person under Supervision

Name of Person under Supervision:  Justin Ryan BearRunner     Case Number:   0868 3:22CR00184

Name of Sentencing Judicial Officer:  The Honorable Peter D. Welte, Chief U.S. District Court Judge

Date of Original Sentence:  February 20, 2024

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance |
| Original Sentence: | 26 months imprisonment; 3 years supervised release |

Type of Supervision:  TSR          Date Supervision Commenced:  6/21/2024

## NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1) | **On 7/24/2024, 7/30/2024, 8/6/2024, 8/14/2024, 8/21/2024, 8/28/2024, and 9/5/2024, Mr. Bear Runner failed to submit drug screens as directed.** *This is in violation of Special Condition 4, which states you must submit to drug screening at the direction of the United States Probation Officer.* |
| 2) | **On 7/31/2024 and 9/16/2024, Mr. Bear Runner provided drug screens which tested positive for methamphetamine.** *This is in violation of Special Condition 2, which states you must refrain from the use of illegal drugs or the possession of controlled substances.* |
| 3) | **On 9/9/2024, Mr. Bear Runner was terminated from outpatient chemical dependency treatment for lack of attendance.** *This is in violation of Special Condition 1, which states you must participate in a chemical dependency treatment program as approved by the supervising Officer.* |

PROB 12A
(Rev. 2/13)

BearRunner, Justin
0868 3:22CR00184

U.S. Probation Officer Action:

It is respectfully recommended that supervision continue in the community with no change to conditions. Mr. Bear Runner agreed to placement at the Lake Region Residential Reentry Center (RRC) and was admitted to the facility on September 16, 2024. He completed an updated chemical dependency assessment on September 23, 2024, and began outpatient services shortly after. While at the RRC he completed outpatient chemical dependency treatment services. Also, while at the RRC, Mr. Bear Runner became employed and was employed until he was laid off for the winter season. Due to his cooperation with RRC placement and addressing his chemical dependency concerns, Mr. Bear Runner was permitted to return to his home in Belcourt on December 2, 2024. Since his return home, he has provided three negative drugs screens, and reported to his probation officer in person and over the phone as directed.

Respectfully submitted,

/s/ Shylah Leonard
U.S. Probation Officer
Date: December 19, 2024

[X] Approved
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
*Peter D. Welte*
Signature of Judicial Officer

December 19, 2024
_____
Date